(13 Misc. Rep. 408.)

### PEOPLE v. DAUFKIRCH.

(Court of Sessions, Queens County. June, 1895.)

Appeal from police justice of Newtown.

Henry Daufkirch appeals from a judgment of conviction. Reversed.

Clarence Edwards, for appellant.
Daniel Noble, Dist. Atty., for the People.

GARRETSON, J. Under the authority of Erbe v. Monteverde (decided by Bartlett, J., at Kings county special term, Oct. 31, 1894) 35 N. Y. Supp. 102, the police justice erred in refusing to allow the defendant a trial by jury, and the judgment upon conviction, appealed from, should be reversed.

Judgment reversed.